LILLIAN TRAMPUSCH, as Administratrix, etc., of ALOIS TRAMPUSCH, Deceased, Respondent, v. ERNEST KASTNER and JAMES MARKOVITS and JOSEPH MARKOVITS, Copartners, etc., Appellants.— Motion of appellant Kastner for reargument denied,

with ten dollars costs. Motion of said appellant for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.